**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JOHN BRAXTON**                                                                           **PLAINTIFF**

**VERSUS**                                                        **CAUSE NO.3:20-cv-00277-TSL-RPM**

**CHANNEL CONTROL MERCHANTS, LLC**                                 **DEFENDANT**

**AGREED ORDER TRANSFERRING VENUE**
*This joint submission is filed by Counsel for*
*Defendant with the consent of Counsel for Plaintiff.*

THIS DAY this cause came on to be heard on the Motion of the Defendant, Channel Control Merchants, LLC, to transfer venue of the matter to the Eastern Division of the United States District Court for the Southern District of Mississippi, and the Court, being duly advised in the premises does hereby find that venue is proper in the Eastern Division of the United States District Court for the Southern District of Mississippi. It is therefore

**ORDERED AND ADJUDGED** that the [13] Motion to Change Venue is GRANTED and this case shall be transferred to the Eastern Division of the United States District Court for the Southern District of Mississippi.

**SO ORDERED AND ADJUDGED** this the 27th day of August, 2020.

                                       /s/ *Robert P. Myers, Jr.*
                                       ROBERT P. MYERS, JR.
                                       UNITED STATES MAGISTRATE JUDGE

AGREED:

*s/Nick Norris*
NCK NORRIS, Attorney for Plaintiff

*s/Stacie E. Zorn*
Stacie E. Zorn, Attorney for Defendant